# Order

Michigan Supreme Court
Lansing, Michigan

May 17, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154808

SOUTHEAST MICHIGAN SURGICAL
HOSPITAL, LLC, d/b/a SOUTHEAST
MICHIGAN SURGICAL HOSPITAL
and JAMIE LETKEMANN,
   Plaintiffs-Appellants,

v

               SC: 154808
               COA: 323425
               Wayne CC: 11-015300-NF

ALLSTATE INSURANCE COMPANY,
   Defendant-Appellee.

_____/

   On order of the Court, the application for leave to appeal the August 9, 2016 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Bazzi v Sentinel Insurance Company* (Docket No. 154442) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 17, 2017



a0510

             Clerk